### HENDRIX v. HUNT, administrator, et al.

ATKINSON, J. On conflicting evidence the judge did not abuse his discretion in refusing an interlocutory injunction. The judgment of the court on which error was assigned did not rule upon the demurrer to the petition, and no question is presented as to the sufficiency of the petition.     *Judgment affirmed. All the Justices concur.*

No. 6550.   FEBRUARY 15, 1929.

*F. A. Irwin* and *W. H. Trawick,* for plaintiff.

*John K. Davis,* for defendants.